UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                 :
-----------------------------------------------------------------X
JOSE LEON,                                             : 07-CV-01647-AKH
                                                                 :
                          Plaintiff,                   :
                                                                 : **APPEARANCE**
    - against -                                        :
                                                                 :
90 CHURCH STREET                                       : **ELECTRONICALLY FILED**
LIMITED PARTNERSHIP, *et al.*,                         :
                                                                 :
                          Defendants.                  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                      By:    /s/ Judith R. Cohen
                                      _____
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501

                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.

DOCSNY-271819v01