Gillian Hines Kost (GK-2880)
LONDON FISCHER LLP
59 Maiden Lane, 41st fl.
New York, New York 10038
(212) 972-1000

Attorneys for Defendants: The Related Companies, L.P.,
Related Management Company, L.P., The Related Realty
Group, Inc., and Related BPC Associates, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE: WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                        :   **THE RELATED**
-----------------------------------------------------------------x   **DEFENDANTS'**
JOSE LEON                               :   **ADOPTION OF**
     v.                                 :   **ANSWER TO**
THE RELATED COMPANIES, L.P.,            :   **MASTER COMPLAINT**
RELATED MANAGEMENT COMPANY, L.P.,       :
THE RELATED REALTY GROUP, INC., and     :   07 cv 1647
RELATED BPC ASSOCIATES, INC.            :
-----------------------------------------------------------------x

PLEASE TAKE NOTE THAT Defendants, The Related Companies, L.P., Related Management Company, L.P., The Related Realty Group, Inc., and Related BPC Associates, Inc., ("Related Defendants") by their attorneys, London Fischer, LLP, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt The Related Defendants Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of In re World Trade Center lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

WHEREFORE, the Related Defendants demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
January 23, 2008

                                            LONDON FISCHER LLP

                                            By: _____
                                            Gillian Hines Kost (GK-2880)
                                            59 Maiden Lane
                                            New York, New York 10038
                                            (212) 972-1000
                                            Attorneys for Defendants:
                                            The Related Companies, L.P.,
                                            Related Management Company, L.P.,
                                            The Related Realty Group, Inc., and
                                            Related BPC Associates, Inc.

TO:
Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, New York 10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC 20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY 11706

***Liaison Counsel for Plaintiffs***
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York 10279

***Liaison Counsel for the Defendants***
*Joseph Hopkins, Esq.*
*Patton Boggs LLP*
*1 Riverfront Plaza, 6th fl.*
*Newark, New Jersey 07102*

*Thomas Egan, Esq.*
*Flemming Zulack Williamson Zauderer LLP*
*One Liberty Plaza*
*New York, New York 10006*

K:\VGFutterman\WTC-Related\Plaintiffs Batch 2\Orellana\Notice of Adoption.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of The Related Defendants' Notice of Adoption of Answer to Master Complaint was served via First Class Mail on the day of January 23, 2008, upon the following:

    Battery Park City Authority
    c/o Wilson Elser, et al.
    3 Gannett Drive
    White Plains, NY 10604

    Robert J. Higgins
    Dickstein Shapiro Morin & Oshinsky LLP,
    2101 L Street N.W.
    Washington, DC 20037

    Lionshead 110 Development, LLC
    Eschen, Frenkle & Weisman, LLP
    20 West Main Street
    Bayshore, NY 11706

    *Liaison Counsel for Plaintiffs*
    Christopher Lopalo, Esq.
    Worby Groner Edelman & Napoli Bern LLP
    115 Broadway, 12th floor
    New York, New York 10006

    Robert A. Grochow, Esq.
    Robert A. Grochow, P.C.
    233 Broadway, 5th fl.
    New York, New York 10279

    Gregory J. Cannata, Esq.
    Law Offices of Gregory J. Cannata
    233 Broadway, 5th floor
    New York, New York 10279

    *Liaison Counsel for Defendants*
    Joseph Hopkins, Esq.
    Patton Boggs LLP
    1 Riverfront Plaza, 6th fl.
    Newark, New Jersey 07102

       Thomas Egan, Esq.
       Flemming Zulack Williamson Zauderer LLP
       One Liberty Plaza
       New York, New York  10006

     The undersigned further certifies that on January 23, 2008, I caused the Notice of Adoption of Answer to Master Complaint to be electronically served via the Court's ECF System.

Dated: January 23, 2008

                                                             Gillian Hines Kost