UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
JOSE LEON

                                    Plaintiff,              Index No.: 07 cv 1647

       -against-

                                                          **NOTICE OF**
RELATED BPC ASSOCIATES, INC.,                **APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and             **ELECTRONICALLY**
THE RELATED REALTY GROUP, INC.               **FILED**
                                   Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., and THE RELATED REALTY GROUP, INC.**

I certify that I am admitted to practice in this court.


Dated:      New York, New York
              January 23, 2008


                                                    LONDON FISCHER LLP
                                    By: _____
                                            Gillian Hines Kost (GK-2880)
                                            59 Maiden Lane
                                            New York, New York 10038
                                            Phone: (212) 972-1000
                                            Fax: (212) 972-1030



                                            *Attorney for Defendants*

                          **RELATED BPC ASSOCIATES, INC.,**
                          **RELATED MANAGEMENT CO., L.P.,**
                          **THE RELATED COMPANIES, L.P., and**
                          **THE RELATED REALTY GROUP, INC.**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance